

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FLEX ENTERPRISES LP, FLEX ENTERPRISES LP D/B/A EP FITNESS, AND FLEX ENTERPRISES MANAGEMENT LLC, | § § § § | No. 08-12-00123-CV Appeal from the |
| Appellants, | § | County Court at Law #5 |
| v. | § | of El Paso County, Texas |
| VICTOR CISNEROS, | § | (TC# 2011-3110) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.